IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| June Hill, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv800 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| City of Cincinnati, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 16, 2010 a Report and Recommendation (Doc. 15).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 17) and plaintiff filed a response to the objections (Doc. 19).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, defendant City of Cincinnati's motion to dismiss is **GRANTED,** defendant Williams' motion to dismiss is **GRANTED**, defendant Hungler's motion to dismiss is

**GRANTED** and defendant Krauser's motion to dismiss is **GRANTED** in part and **DENIED** in part.

    IT IS SO ORDERED.

                                                     `s/Susan J. Dlott`
                                             Chief Judge Susan J. Dlott
                                             United States District Court