IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| June Hill, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:09cv800 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| City of Cincinnati, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 8, 2012 a Report and Recommendation (Doc. 36).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 37).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, Defendant Krauser's motion to dismiss (Doc. 32) is **GRANTED**.  Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to refiling in state court.  This case is hereby **TERMINATED.**

IT IS SO ORDERED.

    s/Susan J. Dlott
Chief Judge Susan J. Dlott
United States District Court