IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| June Hill, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:09cv800 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| City of Cincinnati, | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED . . .

Accordingly, Defendant Krauser's motion to dismiss (Doc. 32) is **GRANTED**.  Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to refiling in state court.  This case is hereby **TERMINATED.**

7/18/12                                                                                            JAMES BONINI, CLERK


                                                                                                     S/William Miller
                                                                                                     Deputy Clerk